William F. Hanssen, Appellant, v. Irene F. Hanssen, Appellee.

Gen. No. 46,599. 

First District, First Division.

June 20, 1955.

Released for publication July 21, 1955.

 Westbrooks, Holman, Johnson & Farmer, for appellant; Claude W. B. Holman, Evelyn F. Johnson, and Glenn T. Johnson, of counsel; no brief filed for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.